IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER GRADDY,           )
                              )
            Plaintiff,        )
                              )
     v.                       )     1:25CV618
                              )
JOSHUA STEIN, et al.,         )
                              )
            Defendants.       )

**ORDER**

On July 22, 2025, the Order and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 4.)

Although the objections are not specific and fail to invoke this court's de novo review, he court has nevertheless carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, which is adopted.

IT IS THEREFORE ORDERED that this action is dismissed *sua sponte* without prejudice to Plaintiff Graddy or other inmates filing new complaints, on the proper § 1983 forms, which correct the defects noted by the Magistrate Judge.

                              /s/   Thomas D. Schroeder
January 13, 2026              United States District Judge